```
DANIEL J. BRODERICK, #89424
Federal Defender
ELIZABETH T. HEY, PA Bar #56464
Assistant Federal Defender
Designated Counsel for Service
P. O. Box 631
Yosemite Nat'l. Park, California  95389
Telephone: (209) 372-0306

Attorney for Defendant
JOSHUA R. CLEWELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOSHUA R. CLEWELL,<br><br>   Defendant. | NO. 6:06-mj-00022 WMW<br><br>STIPULATION CONTINUING TRIAL AND ORDER<br><br>Date:  July 19, 2006<br>Time:  10:00 A.M.<br>Judge: Hon. William M. Wunderlich |

**IT IS HEREBY STIPULATED** by the parties hereto through their respective counsel that **the trial in the above-entitled court now set for June 28, 2006, may be continued to July 19, 2006, at 10:00 A.M.**

                                                                            DANIEL J. BRODERICK
                                                                             Federal Defender

 /s/  Elizabeth Waldow                              By  /s/ Elizabeth T. Hey
ELIZABETH WALDOW                                       Assistant Federal Defender
Chief Legal Officer                                    Attorneys for Defendant
National Park Service                                  JOSHUA R. CLEWELL
DATED: June 26, 2006                                   DATED:  June 26, 2006

**O R D E R**

   IT IS SO ORDERED.

**Dated:   June 27, 2006**            /s/  William M. Wunderlich
mmkd34                                UNITED STATES MAGISTRATE JUDGE